UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY THOMAS,

                Plaintiff,

- against -

BURLINGTON STORES, INC., et al.,

                Defendants.

**ORDER**

24-CV-00635 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    Anthony Thomas ("Plaintiff") filed a Motion to Remand on January 31, 2024 seeking to remand this action to the Supreme Court of New York, County of Westchester. (Doc. 3). Defendants are directed to file a memorandum of law in response to Plaintiff's Motion to Remand by February 7, 2024. Plaintiff is directed to file a reply by February 9, 2024.

**SO ORDERED.**

Dated:   White Plains, New York
         February 2, 2024

                                                PHILIP M. HALPERN
                                                United States District Judge