IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY THOMAS, | ) |
| Plaintiff, | ) C.A. No. 7:24-cv-00635-PMH |
| vs. | ) |
| | ) **CONSENT ORDER FOR** |
| BURLINGTON STORES, INC. and BURLINGTON COAT FACTORY WAREHOUSE CORP., | ) **REMAND** |
| Defendants. | ) |

**THIS MATTER** having been opened to the Court by way of Motion for Remand filed by Plaintiff Anthony Thomas [Doc. No. 3], and it appearing that all parties, by and through their undersigned counsel, now consent to remand of this action to the Supreme Court of New York, Westchester County, and further consent to form and entry of the within Order, it is

**HEREBY ORDERED** that the within action be and is remanded to the Supreme Court of New York, Westchester county, and without costs or fees to any party.

Dated: White Plains, New York
February 7, 2024

**SO ORDERED.**

_____
**PHILIP M. HALPERN**
**UNITED STATES DISTRICT JUDGE**

**CONSENT AS TO FORM AND ENTRY:**

/s/ John V. Tait
**JOHN V. TAIT, ESQUIRE**
**LAW OFFICE OF MICHAEL H. JOSEPH P.L.L.C.**
203 East Post Road

/s/ Randi A. Wolf
**RANDI A. WOLF, ESQUIRE**
**SPECTOR GADON ROSEN VINCI P.C.**
1635 Market Street, 7th Floor
Philadelphia, PA  19103

| | |
|---|---|
| White Plains, NY   10601<br>(914) 574-8330<br>(914) 358-5379 (fax)<br>john@newyorktriallawyers.org | (215) 241-8903<br>(215) 531-9160  (fax)<br>rwolf@sgrvlaw.com |
| *Attorneys for Plaintiff Anthony Thomas* | *Attorneys for Defendants Burlington Stores, Inc. and Burlington Coat Factory Warehouse Corporation* |
| Dated:  February 6, 2024 | Dated:  February 6, 2024 |